Michael A. DesJardins (SBN 145970)
Eric A. Panitz (SBN 243877)
DesJardins & Panitz LLP
18000 Studebaker Road, Suite 700
Cerritos, California 90703
T: (562) 924-7800
F: (562) 924-7801
md@djplawyers.com
ep@djplawyers.com

Attorneys for Plaintiff
SHARONETTA BRELAND

Priority ——
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3 ——
Scan Only ——

~~Courtesy Copy~~

FILED
CLERK U.S. DISTRICT COURT

OCT - 7 2010

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SHARONETTA BRELAND, an
individual,

          Plaintiff,

     vs.

LABORATORY CORPORATION
OF AMERICA, a Delaware
corporation, and DOES 1 through
100, inclusive,

          Defendants.

Case no.: CV10-03496-SVW-JC

[PROPOSED] ORDER RE
STIPULATION OF DISMISSAL OF
ENTIRE ACTION WITH PREJUDICE

TO THE COURT:

    GOOD CAUSE HAVING BEEN SHOWN, the foregoing matter is dismissed with prejudice under FRCP 41(a)(2) as to defendant LABORATORY CORPORATION OF AMERICA.

    IT IS SO ORDERED.

Dated: 10/5/10

_____
Stephen V. Wilson
United State District Court Judge